IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE NUNN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 7:04-cv-02255-LSC-JEO |
| | ) | |
| WARDEN J.C. GILES and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED that this petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE.

Costs are taxed to petitioner.

Done this 2nd day of August 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153